UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

  v.

Arash Yousefi Jam, et al.,

      Defendants.

Case No: 2:20-cr-20550

Hon. Stephen J. Murphy, III

## ENTRY OF APPEARANCE

**To:**    **Attorney Admission Clerk and All Other Parties**

Adam P. Barry, Trial Attorney with the United States Department of Justice, National Security Division, enters his appearance for the United States. Copies of all pleadings and correspondence may be served on Adam P. Barry by serving such documents on the Assistant United States Attorney appearing in this case.

Respectfully submitted,

s/ Adam P. Barry
ADAM P. BARRY, CA Bar # 294449
Trial Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530
Tele: 202-233-0788
Adam.Barry@usdoj.gov

Dated: January 21, 2021